IN THE SUPREME COURT OF THE STATE OF DELAWARE

CARDINAL CAPITAL
MANAGEMENT, L.L.C.,
ROBERT GARFIELD, and
LABORERS LOCAL NO. 231
PENSION FUND,

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 386, 2025

Plaintiffs Below,
Appellants,

Court Below—Court of Chancery
of the State of Delaware

v.

C.A. No. 2022-0687

NEWMARK GROUP, INC.,

Defendant Below,
Appellee.

Submitted: March 11, 2026
Decided: March 27, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 27th day of March, 2026, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 13, 2025 bench ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice